```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
TIARA BROWNIE,                                             :
                                                           :
                              Plaintiff,                   :
                                                           :          20-cv-2881 (VSB)
            -against-                                      :
                                                           :               ORDER
EXPERIAN INFORMATION SOLUTIONS,                            :
INC., et al.,                                              :
                                                           :
                              Defendants.                  :
                                                           :
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/8/2021

<u>VERNON S. BRODERICK, United States District Judge</u>:

It has been reported to the Court that Defendants Experian Information Solutions, Inc. and Trans Union, LLC have reached settlement agreements.  (Docs. 30, 35.)  Accordingly, it is hereby:

ORDERED that Defendants Experian Information Solutions, Inc. and Trans Union, LLC be terminated from this case without costs to any party and without prejudice to restoring them as defendants to this action if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: February 8, 2021
       New York, New York

                                                   Vernon S. Broderick
                                                   United States District Judge