# LAW OFFICE OF ABEL L. PIERRE
## ATTORNEY-AT-LAW, P.C.

140 BROADWAY, 46TH FLOOR
NEW YORK, NEW YORK 10005
TEL: (212) 766-3323
FAX: (212) 766-3322
www.apierrelaw.com

March 24, 2021

<u>*Via ECF*</u>

Hon. Gabriel W. Gorenstein, U.S.M.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMORANDUM ENDORSEMENT**

Re: <u>**Brownie vs. Experian Information Solutions, Inc. et al**</u>
<u>**Case No. 1:20-cv-02881-VSB**</u>
<u>**Plaintiff's Settlement Conference Submissions to Judge Gorenstein**</u>

Greetings Judge Gorenstein:

As the court is aware, the undersigned attorney represents the plaintiff Tiara Brownie in the above-referenced matter.

As per the court's instruction, the undersigned confirmed that parties and their counsel are available on Friday, April 2, 2021 at 2:30 p.m. for a settlement conference.

Consequently, we respectfully request that the court schedule the settlement conference in this matter on Friday, April 2, 2021 at 2:30 p.m.

**Settlement conference adjourned to April 2, 2021, at 2:30 p.m. Both of plaintiff's counsel are directed to re-read the Court's Order of January 12, 2021 (Docket # 31) carefully and in its entirety, including its attachment.**

Respectfully submitted,

**So Ordered.**

*[signature]*
_____
Abel L. Pierre, Esq.

*[signature]*
_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
March 24, 2021

CC: Sean O'Brien
Counsel for Defendant Complete Credit Solutions, Inc.