```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
TIARA BROWNIE,                                         :
                                                       :
                        Plaintiff,                     :
                                                       :       20-cv-2881 (VSB)
           -against-                                   :
                                                       :         **ORDER**
EXPERIAN INFORMATION SOLUTIONS,                        :
INC., et al.,                                          :
                                                       :
                        Defendants.                    :
                                                       :
-------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

It has been reported to the Court that the remaining defendant in this action, Complete Credit Solutions, Inc. and Plaintiff have reached a settlement agreement. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to either party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within forty-five (45) days.

SO ORDERED.

Dated: April 8, 2021
       New York, New York

                                                *signature*
                                                Vernon S. Broderick
                                                United States District Judge